THE STATE, EX REL. GORLITSKY, *v.* AVELLONE, JUDGE.

[Cite as State, ex rel. Gorlitsky, *v.* Avellone (1990), 56 Ohio St. 3d 3.]

(No. 90-1595—Submitted November 19, 1990—Decided November 21, 1990.)

*David H. Davies,* for relator, Stanley Gorlitsky.

*Steven C. LaTourette,* prosecuting attorney, and *William L. Sheroke,* for respondent, Judge Ross D. Avellone, Court of Common Pleas of Lake County, Division of Domestic Relations.

*Zashin, Rich, Sutula & Monastra Co., L.P.A., Andrew J. Simon* and *Robert I. Zashin,* for intervenor, Joan Gorlitsky, n.k.a. Vernon.

The motion to intervene is allowed. The writ of prohibition is denied and the cause is remanded to the trial court to allow that court to proceed in any manner it deems advisable in the best interests of the children in accordance with R.C. 3109.04(B)(1).

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.